## 14490.　HOOKS *v.* THE STATE.

LUKE, J. This case is here upon the sole assignment of error that the verdict is unauthorized by the evidence. We cannot say that the conviction of the defendant was unauthorized. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 12, 1923.

Accusation of cheating and swindling; from city court of Cairo — Judge Rigsby. March 3, 1923.

*S. P. Cain,* for plaintiff in error.

*Ira Carlisle, solicitor,* contra.